■ CONSERVATREE PAPER COMPANY, Appellant, v STATE OF NEW YORK, Respondent.—Appeal from an order of the Court of Claims (Murray, J.), entered February 19, 1985, which granted the State's motion to dismiss the claim.

Order affirmed, without costs, upon the opinion of Judge Edward M. Murray of the Court of Claims. Mahoney, P. J., Kane, Main, Yesawich, Jr., and Levine, JJ., concur.